UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES SMALL BUSINESS ADMINISTRATION as Receiver for HANAM CAPITAL CORPORATION,**<br><br>Plaintiff,<br><br>v.<br><br>**AZAREL INC.,** d/b/a Tokyo Sushi, **JUNG KIM,** and **HWA SUP KIM,**<br><br>Defendants. | Civ. No. 14-888 (KM)(MAH)<br><br>**ORDER & FINAL JUDGMENT** |

**MCNULTY, U.S.D.J.:**

  **THIS MATTER** having been brought before this Court on a motion for default judgment, pursuant to Fed. R. Civ. P. 55(b)(2), by Plaintiff United States Small Business Administration, as Receiver for Plaintiff Hanam Capital Corporation, against Defendants, Azarel Inc., Jung Kim, and Hwa Sup Kim, Docket No. 10; and this motion being unopposed; and this Court having reviewed the motion papers submitted by Plaintiff, as well as the entire case file; and it

  **APPEARING THAT** Plaintiff duly served Defendants with a summons and complaint in this action, Docket Nos. 5–7; and that Defendants have all failed to answer or otherwise move; and that the Clerk of Court has entered default against all Defendants; and it further

  **APPEARING THAT** Plaintiff is entitled to Default Judgment, for the reasons set forth in the accompanying Opinion, and to an award of certain damages, to the extent set forth in that Opinion;

  **IT IS,** this 22nd Day of August, 2014,

  **ORDERED** that Plaintiff's motion for default judgment is **GRANTED**; and it is further

1

**ORDERED, ADJUDGED, and DECREED** that **JUDGMENT** be entered in **FAVOR OF PLAINTIFF,** United States Small Business Administration, as Receiver, and Hanam Capital Corporation and **AGAINST DEFENDANTS,** Azarel Inc., Jung Kim, and Hwa Sup Kim, the sum of **$68,605.34**, which includes: (a) $36,595.67 of outstanding principal balance; (b) $489.23 in late charges, representing five percent (5%) of those monthly installment payments that became due and remained unpaid for more than ten (10) days; (c) $11,329.89 in unpaid interest that accrued from February 19, 2010, to and including February 29, 2012 (741 days), at a rate of fifteen and one quarter percent (15.25%) per annum (Per Diem rate of interest of $15.29); (d) $20,190.55 in unpaid default interest that accrued from and including March 1, 2012 through and including August 22, 2014 (905 days) at the default rate of interest of twenty-two and one-quarter percent (22.25%) per annum (Default Per Diem rate of interest of $22.31); (e) plus post-judgment interest from this date at the appropriate rate pursuant to 28 U.S.C. § 1961, together with costs and disbursements allowed by law; and it is finally

**ORDERED, ADJUDGED, and DECREED** that Defendants Azarel Inc, Youn Jung Kim, and Hwa Sup Kim are each jointly and severally liable to and are directed to pay Plaintiff Hanam the whole residue of these debts and fees due and owed that remain unsatisfied.

_____
**KEVIN MCNULTY**
**United States District Judge**